# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JOHN DOE, Individually and on Behalf of All Others Similarly Situated § § § <br> v. § <br> § <br> CHRISTUS HEALTH § § | CIVIL ACTION NO. 3:23-CV-2774-S |

## ORDER

Before the Court is Defendant Christus Health's Unopposed Motion for Clarification on Defendant's Responsive Pleading Deadline ("Motion") [ECF No. 10]. Defendant removed this case on December 15, 2023. Under Federal Rule of Civil Procedure 81(c), Defendant had seven days after the notice of removal was filed to file its responsive pleading. In lieu of filing a responsive pleading, Defendant now asks the Court—two weeks after the December 22, 2023, deadline passed—to clarify when its responsive pleading is due. The Court therefore construes Defendant's Motion as a motion for an extension of time to file a responsive pleading. The Court therefore **GRANTS** the Motion. **IT IS THEREFORE ORDERED** that Defendant Christus Health file its responsive pleading by **January 12, 2024**.

**SO ORDERED.**

SIGNED January 8, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**